IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:18CR3102 |
| | ) | |
| v. | ) | |
| | ) | |
| MIGUEL ESPERICUETA-VEGA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's Motion for Dismissal (filing no. 5) is granted. The Indictment is dismissed without prejudice.

DATED this 8th day of January, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge